At some point, I may embrace the legal concept, held by the majority of this Court, that negligence and wantonness are separate torts requiring a qualitatively different concept and a different degree of culpability, unless there is a shift in judicial thinking by five members of the present Court on this issue toward my view as expressed in Lynn Strickland Sales Service, Inc. v. Aero-Lane Fabricators, Inc., 510 So.2d 142,147 (Ala. 1987) (Houston, J., writing specially). However, I still believe that my view of the relationship between negligence and wantonness, as expressed in my special opinion in Lynn Strickland, is correct. Therefore, I vote to affirm, but for the reasons expressed in that special opinion, not for the reasons expressed in the majority opinion in this case.